**MELVINO TECHNOLOGIES LIMITED, Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**Transworks, Inc., Appellee.**

**No. 2011–1161.**

United States Court of Appeals, Federal Circuit.

Feb. 9, 2012.

Scott A. Horstemeyer, Thomas, Kayden, Horstemeyer and Risley, LLP, of Atlanta, Georgia, for appellant.

Raymond T. Chen, Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for Appellee. With him on the brief were Brian T. Racilla, and Janet A. Gongola, Associate Solicitors.

LINN, DYK, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**